Tom Anagnostou, appellee, v. Gust Karides, appellant. **Gen. No. 29,257.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924. Rehearing denied November 3, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Adelman & Vlachos, for appellant; Abram E. Adelman, of counsel. John F. Cashen, Jr., for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Harry Schallman, appellant, v. H. D. Reynolds, appellee. **Gen. No. 29,279.**

Order vacating default judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Appeal dismissed. Opinion filed October 20, 1924.

William S. Kleinman, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Estate of Otto Schwarz, deceased, appellee, v. In re claim of Louis Schwarz, appellant. **Gen. No. 29,304.**

Claim against estate of decedent. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Edwin D. Lawlor, for appellant. Elmer W. Adkinson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Martha E. Bergren, appellant, v. Peter Baldaccini, appellee. **Gen. No. 29,340.**

Forcible detainer. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Rost & Smith, for appellant. Alberto N. Gualano, for appellee; Fred W. Story, of counsel.

Mr. Justice Matchett delivered the opinion of the court.